[No. 16299-7-II.    Division Two.    March 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY EUGENE MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00059-5, Milton R. Cox, J., entered July 23,

1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.